No. 01–5758. THOMPSON *v.* PRINCE GEORGE'S COUNTY, MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 01–5776. HOOKS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 01–5777. IN RE HOOK. C. A. 7th Cir. Certiorari denied.

No. 01–5778. STANLEY *v.* ST. LOUIS UNIVERSITY. C. A. 8th Cir. Certiorari denied.

No. 01–5780. FORD *v.* PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5788. CHRISTIANSON *v.* ALLEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5790. MARTIN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–5792. ROSADO *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 01–5806. FREEMAN *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–5819. TRETIAK *v.* SECRETARY OF STATE OF NEVADA, SECURITIES DIVISION. Sup. Ct. Nev. Certiorari denied.

No. 01–5830. AMRINE *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–5831. MORALES ARREOLA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–5843. DAVIDSON *v.* AMSOUTH BANK. C. A. 11th Cir. Certiorari denied.

No. 01–5856. O'NEILL *v.* FRANK ET AL. C. A. 3d Cir. Certiorari denied.